FILED
CLERK, U.S. DISTRICT COURT

MAY - 6 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL TALAVERA,<br><br>Defendant. | Case No. CR 2:24-mj-2605<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

On May 3, 2024, Defendant Rafael Talavera made his initial on the petition for revocation of supervised release and warrant for arrest. DFPD Mara Gonzalez-Souto was appointed to represent Defendant. Defendant Talavera opposed the government's request for detention, and a contested detention hearing was held.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on the following:

    Mr. Talavera has not offered anyone who is willing to serve as a surety; indeed, his family member indicated that she would not be willing to serve in that role. The Court considers that fact as weighing against release.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on the following:

    Mr. Talavera has a previous revocation for an assault related charge. Only shortly after he was released from custody on that incident, the events alleged in the Petition occurred, involving threats. The Petition also reflects Mr. Talavera's admission that he visited Ms. Castillo, in apparent or at least attempted violation of the protective order she has against him. In light of these facts, the Court does not believe that conditions can be set that would mitigate the risk to the community.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: May 6, 2024

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE